**Exhibit A to the Complaint**

**Location:** Philadelphia, PA  
**Total Works Infringed:** 90

**IP Address:** 108.4.200.222  
**ISP:** Verizon Internet Services

| Work | Hash | Site | UTC | Published | CRO App. File Date | CRO Number |
|---|---|---|---|---|---|---|
| 1 | FB53F3EECB506F8A44A81683849E6F2D11533EA7 | Vixen | 01/11/2018 12:41:01 | 08/22/2017 | 09/07/2017 | PA0002052852 |
| 2 | 01B8C563D27BC967C2ECCC1EB54F98FF1B10ED3B | Vixen | 12/07/2017 15:33:51 | 11/30/2017 | 12/17/2017 | 16159649437 |
| 3 | 05D9E9EB431AEF78D0BD2E16B66F558D4839A3BC | Tushy | 11/21/2017 22:44:09 | 08/09/2017 | 08/17/2017 | 15732986259 |
| 4 | 0C38052DA135D91590C9D84E79AC21628D9E9BB6 | Tushy | 01/07/2018 13:48:52 | 09/23/2017 | 10/02/2017 | 15893930182 |
| 5 | 0E8E209875C3E0DCC30C78F84355DFEEEF0A5B63 | Vixen | 09/22/2017 17:43:39 | 09/21/2017 | 09/28/2017 | 15894022962 |
| 6 | 0F35B475E5AA4FFC774BBB038AEDBD8FF112F9E9 | Blacked | 10/30/2017 17:39:28 | 04/15/2017 | 06/15/2017 | PA0002037563 |
| 7 | 0F4CB5BFE31D785D0469C73F83F7CEB7AF0E1F9B | Blacked | 01/07/2018 17:15:16 | 11/06/2017 | 11/15/2017 | 16013342719 |
| 8 | 14D2C680AA1DD5543C0413431AA079A985B0DC73 | Blacked | 10/30/2017 17:04:21 | 10/02/2017 | 10/10/2017 | 15894022390 |
| 9 | 15767B4CF1BDB5ADD8DC3544393A9C265AFAA5B5 | Blacked | 12/21/2017 16:37:49 | 12/16/2017 | 01/18/2018 | 16215824182 |
| 10 | 178021C9DC2441D9E97B96296C98C30D055D9B56 | Vixen | 08/26/2017 08:39:18 | 08/02/2017 | 08/17/2017 | 15732903934 |
| 11 | 1A032CB38BB2AF87DAF2B239A1A17B6C713EBC26 | Blacked | 08/10/2017 12:05:41 | 08/03/2017 | 08/17/2017 | 15732904092 |
| 12 | 1AAD40B9C28B70D2156BCD7912A2F284C11F634D | Vixen | 11/20/2017 02:33:24 | 08/17/2017 | 08/24/2017 | 15894022586 |
| 13 | 1CFA1A2D048B2B19BAE4AA5BF782E66D34B67A63 | Blacked | 12/02/2017 01:37:30 | 11/26/2017 | 01/04/2018 | PA0002069346 |
| 14 | 1D7E521CD7368013A7F1B28494A2AC43D8F99F0E | Vixen | 09/07/2017 11:34:56 | 09/01/2017 | 09/07/2017 | PA0002052845 |
| 15 | 1E67DE039B64675913542CB2412BE54790434246 | Blacked | 10/30/2017 17:33:31 | 04/10/2017 | 06/15/2017 | PA0002037582 |
| 16 | 21E262CE5356082B3CDE917564BE91B011CB1EF7 | Blacked Ra | 12/21/2017 16:42:40 | 12/18/2017 | 01/18/2018 | 16215823662 |

| Work | Hash | Site | UTC | Published | CRO App. File Date | CRO Number |
|---|---|---|---|---|---|---|
| 17 | 22883186DAB5FCA92C8513AD939652BCB867FD5C | Tushy | 01/07/2018 09:52:31 | 08/19/2017 | 08/24/2017 | 15894022311 |
| 18 | 23C75D98A22B6821F255E85F2ED58CC5CEC8E2DD | Blacked | 09/28/2017 13:46:32 | 09/27/2017 | 10/10/2017 | PA0002057451 |
| 19 | 23CBED3813DD9DE68B4DA0E04F9F4ABCD9A951CA | Vixen | 11/20/2017 03:53:55 | 03/25/2017 | 06/05/2017 | PA0002050771 |
| 20 | 23EB7D7E16DD92EC70D4F119FBC6039307E914E7 | Tushy | 10/16/2017 13:29:41 | 10/13/2017 | 10/22/2017 | PA0002058299 |
| 21 | 289FE7D65DFCFACB416832D12862105A2762841A | Blacked | 10/26/2017 21:51:39 | 05/10/2017 | 06/22/2017 | PA0002039285 |
| 22 | 2D0A58AC281F78D3727962D95C09C7F154AE8142 | Blacked Ra | 01/07/2018 08:38:05 | 01/02/2018 | 01/18/2018 | 16215824133 |
| 23 | 31148997CD9F0DD687B5322CE359E163DE2BFAA7 | Blacked | 01/07/2018 15:06:49 | 12/26/2017 | 01/18/2018 | 16215823966 |
| 24 | 3322700996A03ADC28816C7F4921A496821C476B | Blacked | 10/30/2017 18:15:10 | 07/09/2017 | 08/17/2017 | 15732782151 |
| 25 | 360CF572729CEB5E07FB70C3474B63D47FE52E02 | Vixen | 01/07/2018 14:47:18 | 11/25/2017 | 12/17/2017 | 16159428912 |
| 26 | 3899DF23466A4A4C58CA53479AE6CF8DD8BEF4C2 | Tushy | 01/07/2018 15:11:24 | 12/27/2017 | 01/18/2018 | 16215823711 |
| 27 | 3AF67ADE722E77AF5C23A9FB165F53CADB24E1AC | Blacked Ra | 12/07/2017 15:18:56 | 11/28/2017 | 12/17/2017 | 16159649278 |
| 28 | 3E770665FF14213C98B2746B028AE2F335C6569B | Blacked | 11/02/2017 21:17:17 | 11/01/2017 | 11/15/2017 | 16013342262 |
| 29 | 42E4AF737E32F892FCAAC72B728514CEED0B562B | Vixen | 10/17/2017 11:59:43 | 10/16/2017 | 10/22/2017 | 15918925812 |
| 30 | 435ACBFEE6F7D35AEB73DBED1A165D6A9121AAEB | Blacked | 12/02/2017 00:50:08 | 11/21/2017 | 01/04/2018 | PA0002069353 |
| 31 | 43AF666D13FBC2B12953D257F6CA4935FC3CD7B5 | Blacked Ra | 01/08/2018 12:52:00 | 01/07/2018 | 01/18/2018 | 16215824015 |
| 32 | 4BAFD5ED68B2CF55225D8621D9D2D315ACD25C05 | Vixen | 10/28/2017 20:58:28 | 06/23/2017 | 07/07/2017 | PA0002070829 |
| 33 | 4D82ADD27F7568F6D59A64F777E43A27BD64652E | Tushy | 01/07/2018 08:55:24 | 11/22/2017 | 01/04/2018 | PA0002069339 |
| 34 | 57D55CF2E1C375BBFAB76A1226219452189BF550 | Blacked Ra | 01/08/2018 07:40:09 | 12/03/2017 | 12/17/2017 | 16159429180 |

| Work | Hash | Site | UTC | Published | CRO App. File Date | CRO Number |
|---|---|---|---|---|---|---|
| 35 | 57F9F943AA3D32EC352242501746C32BF0852915 | Blacked Ra | 10/27/2017 00:24:24 | 10/24/2017 | 11/15/2017 | 16016503680 |
| 36 | 64683F0353A903719B39E742A35B975B17849BF7 | Vixen | 07/30/2017 17:43:48 | 07/28/2017 | 08/10/2017 | PA0002046871 |
| 37 | 65CF8DA2D031F334F39B20014B15DA107B9EAA15 | Blacked | 08/11/2017 03:50:07 | 08/08/2017 | 08/17/2017 | 15732904191 |
| 38 | 6671533EE8277923DF4254534389F8630C5BF901 | Blacked | 11/19/2017 15:50:19 | 11/16/2017 | 11/18/2017 | 16020392782 |
| 39 | 673A29DD856118A485EA6E5D6A9ACEE12CE8929A | Vixen | 10/26/2017 18:38:54 | 04/09/2017 | 06/05/2017 | PA0002052836 |
| 40 | 715C2B25BDAD9A8397CBBA8D15356FDE24B5BC94 | Vixen | 11/20/2017 11:26:03 | 11/10/2017 | 11/21/2017 | 16013343018 |
| 41 | 71E3A2888C2DB58BBCE9353A68D2FF80359E304A | Blacked | 10/21/2017 00:20:32 | 06/29/2017 | 07/07/2017 | PA0002070821 |
| 42 | 76643D3E3E7CE8687DD1596C2359DD458143381D | Vixen | 10/16/2017 11:50:49 | 09/26/2017 | 10/10/2017 | 15894022782 |
| 43 | 771C669842BE814DA19F886EDF5E759B0EC4BF37 | Blacked | 10/30/2017 18:48:30 | 07/04/2017 | 07/07/2017 | PA0002070819 |
| 44 | 77537958D009D974B9970112342BCA232614C16F | Blacked | 01/11/2018 13:02:45 | 01/10/2018 | 01/18/2018 | PA0002070942 |
| 45 | 7AA9EE0B623B3876BDBBB4854D311BA014697009 | Blacked | 11/16/2017 12:53:13 | 11/11/2017 | 11/21/2017 | 16016503414 |
| 46 | 7B57FCC04E365EC8AFA37E1EEDD1AEC885BB92B3 | Blacked | 12/07/2017 16:04:28 | 12/06/2017 | 12/17/2017 | 16159688299 |
| 47 | 8519F3BB18D38EB8472CD07987B1BC2224E7EC22 | Vixen | 10/26/2017 17:25:42 | 10/11/2017 | 10/22/2017 | 15918925932 |
| 48 | 87894E3FA489B812EA1EDF9CCFE61C6FABBFFFED | Blacked | 12/02/2017 02:43:15 | 12/01/2017 | 12/17/2017 | 16159649724 |
| 49 | 901129DA9629352ECBB99FF90FE06A5F749AF4DD | Blacked | 11/04/2017 07:47:44 | 09/12/2017 | 09/20/2017 | PA0002052846 |
| 50 | 9173A8B174205520944B72A79E7D8AC25CF447E2 | Vixen | 10/08/2017 10:23:59 | 10/06/2017 | 10/22/2017 | 15918925981 |
| 51 | 933264A7E1BE372770286D56E1E2640F4BE36D81 | Tushy | 01/07/2018 09:20:10 | 12/22/2017 | 01/18/2018 | 16215823592 |
| 52 | 9642336EA4BCA83AB7154CFDFA1091ECBFD98B7A | Blacked | 09/18/2017 12:02:12 | 09/17/2017 | 09/25/2017 | 15894023110 |

| Work | Hash | Site | UTC | Published | CRO App. File Date | CRO Number |
|---|---|---|---|---|---|---|
| 53 | 9721A32E2CBD9B2BF2CB77378E346C80620F83E4 | Vixen | 09/12/2017 19:42:23 | 09/06/2017 | 09/14/2017 | PA0002052844 |
| 54 | 9C80B087C925D30BA01F72FC0EAABD8EAADF588A | Blacked | 08/19/2017 15:01:21 | 08/18/2017 | 08/24/2017 | 15894022488 |
| 55 | 9F5E2E0229F4448AB05192505E44AB9AB404EC0F | Vixen | 09/09/2017 00:21:41 | 07/13/2017 | 08/10/2017 | PA0002046873 |
| 56 | A342244F2E0287F7EB6E897441849848F8A7D7A5 | Vixen | 11/20/2017 03:19:12 | 06/18/2017 | 07/07/2017 | PA0002070833 |
| 57 | A66737A2C0C052A322F7121CB249A59EEBB0E177 | Blacked | 11/01/2017 00:55:57 | 05/30/2017 | 06/22/2017 | PA0002039295 |
| 58 | AB6FFB0FD899B425F25C5D577CC4811AF5EC369B | Blacked | 10/30/2017 15:28:32 | 07/19/2017 | 08/11/2017 | PA0002046876 |
| 59 | ABDFB02F5D20E29C32ABCE90A8478787DDA3C11D | Tushy | 10/28/2017 23:11:01 | 06/10/2017 | 07/07/2017 | PA0002074096 |
| 60 | AFA4C44023577E2A90E1CFA8DB69A6F5D035B1D2 | Blacked | 09/08/2017 23:29:14 | 09/07/2017 | 09/14/2017 | PA0002052840 |
| 61 | B0FE13ECF5F84AEAC8C53B134AC336CFB843CF0D | Blacked | 10/28/2017 19:12:06 | 10/27/2017 | 11/15/2017 | 16016503839 |
| 62 | B12E9B6A6556D135F2C964CEE5D4C0141AE83EC8 | Vixen | 08/28/2017 15:14:00 | 08/07/2017 | 08/17/2017 | 15732904013 |
| 63 | B219D12248F1CA666493E6415186170418E22D01 | Vixen | 01/07/2018 13:27:06 | 12/05/2017 | 12/17/2017 | 16159649863 |
| 64 | B378CAEB9DFA80E256C29E523B89DDF82169A9A8 | Vixen | 11/20/2017 02:49:18 | 07/08/2017 | 08/17/2017 | 15732903239 |
| 65 | B707512E8E5AFBF298A9B9F8654E2BB535D1CCE7 | Vixen | 09/14/2017 08:35:35 | 09/11/2017 | 09/20/2017 | PA0002052839 |
| 66 | BA56E328AE2DBA8A20B327451656293E37FDAE35 | Blacked | 10/30/2017 18:04:14 | 05/15/2017 | 06/22/2017 | PA0002039283 |
| 67 | BC8CCB2274A5E7EC5CC5AF8F5DC221BD4065CA2E | Vixen | 10/26/2017 18:23:57 | 05/04/2017 | 06/16/2017 | PA0002069283 |
| 68 | BE3C7E08A25F7E1BAB1ADBA3B168C1BF40ABB688 | Blacked Ra | 01/07/2018 09:19:20 | 12/28/2017 | 01/18/2018 | 16215970231 |
| 69 | C341AC19AAF42185652B5AD8AA85ADDC9ED72B2C | Vixen | 01/07/2018 02:42:08 | 12/25/2017 | 01/18/2018 | 16200019612 |
| 70 | CB9ABC2B058CADE2FA7C0BD6A20558DC0E46EB0D | Blacked | 10/30/2017 12:29:04 | 06/19/2017 | 07/07/2017 | PA0002070823 |

| Work | Hash | Site | UTC | Published | CRO App. File Date | CRO Number |
|---|---|---|---|---|---|---|
| 71 | CC4D89C30BD65D68546BCF62ACE381585BD879EF | Blacked | 10/30/2017 18:13:24 | 04/25/2017 | 06/15/2017 | PA0002037576 |
| 72 | CD6294A1E374A9314470B69751116A79B32C1E56 | Blacked Ra | 11/19/2017 16:32:59 | 11/18/2017 | 01/02/2018 | PA0002068867 |
| 73 | D03BF7C43A2F989CD84F9B6037D4941B7C616ED0 | Blacked | 10/30/2017 17:46:57 | 06/14/2017 | 07/07/2017 | PA0002070824 |
| 74 | D2EB460A7C696C3A9D62EDCD797DDDD07094F2D5 | Blacked Ra | 11/16/2017 13:13:14 | 11/13/2017 | 11/21/2017 | 16020392832 |
| 75 | D31CBC39E31EA20141EB847E24725F06CFC004AB | Blacked | 10/30/2017 15:24:35 | 04/05/2017 | 06/05/2017 | PA0002052859 |
| 76 | D426A2D6E52831784821746CD52676CA758A10BA | Tushy | 12/14/2017 13:10:42 | 12/07/2017 | 12/17/2017 | 16159649536 |
| 77 | D629C1BE08933BB60DF199F6F24E3812EA2C6C73 | Blacked | 10/16/2017 11:40:24 | 10/12/2017 | 10/22/2017 | PA0002058296 |
| 78 | DDD2B1604C70AD3DA7C202C04003CF9E281209D4 | Blacked | 10/30/2017 17:12:16 | 03/26/2017 | 06/05/2017 | PA0002052857 |
| 79 | E10259BB09AFE9410D944641E94048900ADEF0F2 | Blacked | 12/14/2017 13:11:48 | 12/11/2017 | 12/17/2017 | 16159650140 |
| 80 | E2E738A023ED0C5032A028D5D3AC7DB55D80DDC7 | Vixen | 01/07/2018 10:10:44 | 11/20/2017 | 01/04/2018 | PA0002069354 |
| 81 | E4BB4B0185636612E25A2955F474B4494789F63C | Blacked | 10/30/2017 15:12:31 | 10/07/2017 | 10/22/2017 | PA0002058300 |
| 82 | E69BB37CE99BE570CC9EB659F45DDEF6E740E3BE | Blacked | 10/30/2017 15:00:43 | 08/13/2017 | 08/17/2017 | 15732986356 |
| 83 | E908502C7AD99DF5325459A01B9A589923906085 | Tushy | 11/04/2017 10:19:24 | 11/02/2017 | 11/15/2017 | 16013254789 |
| 84 | EB7AE91B0DD3565F29908CB6FB8ED993D709A162 | Blacked | 10/20/2017 18:55:15 | 07/14/2017 | 08/11/2017 | PA0002046878 |
| 85 | EE11043249D2C1362E7B74CCD7973EEECEFBAD1C | Tushy | 08/03/2017 06:45:51 | 07/25/2017 | 08/11/2017 | PA0002046870 |
| 86 | EE39528C7065FF52B465D599BA395BF972CD06E6 | Blacked | 10/30/2017 14:52:14 | 04/30/2017 | 06/15/2017 | PA0002037580 |
| 87 | EE7B431D4EF0439F713DA25D5DE5094C4F92B6C9 | Vixen | 11/20/2017 03:09:44 | 10/21/2017 | 11/15/2017 | 16016503512 |
| 88 | F011B5C1E76C5CD712DADA5DF9CE66184EAA72B2 | Blacked | 12/02/2017 02:02:43 | 10/17/2017 | 11/15/2017 | 16013343097 |

| Work | Hash | Site | UTC | Published | CRO App. File Date | CRO Number |
|---|---|---|---|---|---|---|
| 89 | F0310DE0CA3D0D5F0B9E1A72B974400A25224DCB | Blacked | 08/26/2017 01:07:30 | 08/23/2017 | 08/24/2017 | 15894022831 |
| 90 | FD622BCB0843A8B0A5C4FAAD98CA90F0DC55A559 | Blacked | 09/23/2017 12:14:41 | 09/22/2017 | 10/02/2017 | PA0002057455 |